**Exhibit A to the Complaint**

**Location:** Queens, NY  
**Total Works Infringed:** 26  
**IP Address:** 72.229.177.148  
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A0FB4BDD31092558A73DC64206A1C4DC77DDFDF0 | 06/15/2025 06:06:39 | Vixen | 06/13/2025 | 06/20/2025 | PA0002536521 |
| 2 | 12C5D12591F6C4A550FBA86E5E724319A21A71EF | 10/23/2024 06:35:14 | Vixen | 10/18/2024 | 11/18/2024 | PA0002500907 |
| 3 | 4A2E54105A395A40AB54A0850D0CCDB7EADA2E72 | 10/23/2024 06:34:28 | TushyRaw | 10/22/2024 | 11/18/2024 | PA0002500904 |
| 4 | e6b01bc4dcd9ecc1c07a3f874107162ef9c9da75 | 10/19/2024 22:52:59 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 5 | 45631b7fb3bdf4617781469ccacf356365d87273 | 09/30/2024 23:43:44 | Tushy | 09/13/2021 | 10/05/2021 | PA0002315290 |
| 6 | 44c2ba59a50aeecc913ed824f81d250e7ee86990 | 09/30/2024 23:41:48 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 7 | 453709ab270ee9d3bbc169c6e4e8d2f23ea84112 | 09/30/2024 23:16:33 | Blacked | 03/19/2024 | 04/10/2024 | PA0002464916 |
| 8 | 18F1841E8E5C5EC7C5D8B66BCCA57538B36F2AFE | 09/11/2024 22:48:54 | TushyRaw | 07/23/2024 | 08/15/2024 | PA0002484859 |
| 9 | 344E8A73CBF945A046B55376E9D15208571F385E | 09/11/2024 22:32:14 | TushyRaw | 07/02/2024 | 07/15/2024 | PA0002480607 |
| 10 | 6e4e2170b756110c06bb3d0c7dd160241a7da852 | 09/09/2024 20:47:53 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 11 | 9A5218C0000FB8A15180C0BC225EC391FA9BFF35 | 09/06/2024 05:43:33 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |
| 12 | 1BF83C97CB3A62427A131FAFDE2E6BC7D3FEBA75 | 09/06/2024 04:11:17 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 13 | 1707554DFCC0484455F93D6AC6CDB83CB36F52BB | 09/06/2024 03:29:02 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 14 | 85D4FA6DB333946BAB0CB81613FEED626D1EDE6C | 08/27/2024 09:12:06 | Blacked | 08/06/2024 | 08/14/2024 | PA0002484881 |
| 15 | 820ba11fc51d29f7a0a31e6237a3ec66fe9dce05 | 08/27/2024 09:07:22 | Blacked Raw | 08/12/2024 | 09/17/2024 | PA0002490352 |
| 16 | A36CA149AA182A857CF6B395717FEBBAB09314EE | 08/27/2024 09:06:08 | Blacked | 06/02/2024 | 09/04/2024 | PA0002490168 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | D7B33A0885DC00CA3B67DC1C8EC97442892893BB | 08/27/2024 09:05:40 | Blacked Raw | 07/22/2024 | 08/14/2024 | PA0002484878 |
| 18 | 09d4dce2cff2c077c052f50838e6a9a6476797c4 | 08/16/2024 10:40:57 | Blacked | 02/20/2021 | 03/08/2021 | PA0002280369 |
| 19 | B952CE46AFCF6D49FFBE95F069B635B1BD250DCC | 07/26/2024 05:02:05 | Vixen | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 20 | A1673329DE364EBE14397587D99B7A6289205FFD | 06/13/2024 00:01:46 | Tushy | 03/05/2023 | 04/07/2023 | PA0002405753 |
| 21 | E0B3526E7EF73AEDCA8BBBAE7A099336348F0BBC | 03/05/2024 18:20:10 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 22 | 151C3B151097F1C6CB87A6D1ECA6F0A1ADC07823 | 02/20/2024 04:21:53 | TushyRaw | 02/13/2024 | 03/12/2024 | PA0002459334 |
| 23 | 425cb0dafed16db64d554c84e7112d27b809dfa1 | 02/05/2024 03:09:22 | Vixen | 08/27/2021 | 09/30/2021 | PA0002319735 |
| 24 | 5F23A327B0F322CFAEF2D3822CAA0DDF336D3D3C | 02/04/2024 14:03:50 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |
| 25 | 86F0C9784BF2A0BDFBB27B1F4A04E93F60E9D7AD | 02/04/2024 10:52:09 | Blacked Raw | 12/20/2021 | 01/17/2022 | PA0002330107 |
| 26 | a676926942083933f5ba133ed62c51da8c7a3af4 | 01/23/2024 23:11:53 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |